UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

        Plaintiff,

v.

RONALD SIMMONS, WALTER
SIMMONS, DIANE PIERSON,
and SHUNMECO COOLEY,

        Defendants.
_____/

Case No. 16-cv-14158

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER (1) ADOPTING MAGISTRATE JUDGE DAVID R. GRAND'S MAY 22, 2017 REPORT AND RECOMMENDATION (ECF NO. 15), (2) ORDERING THE CLERK OF THE COURT TO WITHDRAW AND DISBURSE FUNDS DEPOSITED BY INTERPLEADER, AND (3) ORDERING THAT THIS CIVIL ACTION BE DISMISSED WITH PREJUDICE FOLLOWING FINAL DISTRIBUTION OF FUNDS

On May 22, 2017, Magistrate Judge David R. Grand issued a Report and Recommendation to the Court to order the Clerk of the Court to withdraw and distribute the $14,250.00 plus accrued interest that has been deposited with the Clerk of the Court ("the Funds") in equal shares among each of the four Defendants in this action. Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS the Clerk of the Court to withdraw the Funds and make payment

1

as follows:

1. 25% of the Funds deposited by Met Life plus 25% of any accrued interest thereon payable to:

> Ronald Simmons
> 28649 Lowell Ct.
> Southfield, MI 48076

2. 25% of the Funds deposited by Met Life plus 25% of any accrued interest thereon payable to:

> Walter Simmons
> 28649 Lowell Ct.
> Southfield, MI 48076

3. 25% of the Funds deposited by Met Life plus 25% of any accrued interest thereon payable to:

> Diane Pierson
> 20729 Brookwood Dr.[1]
> Olympia Fields, IL 60461

4. 25% of the Funds deposited by Met Life plus 25% of any accrued interest thereon payable to:

> Shunmeco Cooley
> 20010 Weybridge Dr. # 301
> Clinton Township, MI 48036

The tax identification numbers of the recipients are not being filed on the

---

[1] In the Report and Recommendation, as well as in the parties' Stipulated Order (ECF No. 14, PgID 109), Ms. Pierson's house number is noted as "28649" Brookwood Dr. The Court's docket indicates that the correct house number is "20729" Brookwood Dr., the address that the Court has been using as Ms. Pierson's mailing address without objection.

docket and are being provided separately to the Financial Department of this Court.

After the Funds (including any accrued interest) have been fully distributed, this civil action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              Paul D. Borman
                                              United States District Judge

Dated:    JUN 1 3 2017